OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0002003152

$ 00.26⁵
FEB 09 2015

PITNEY BOWES

2/4/2015

HARGROVE, MARCUS WAYNE    Tr. Ct. No. 12-007-CR-A    WR-81,965-01

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

RTS Released

MARCUS WAYNE HARGROVE
C # 1920120